RECEIVED
USDC, WESTERN DISTRICT OF LA
TONY R. MOORE, CLERK
DATE 11/30/11

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | |
|---|---|
| TERRY WAYNE JONES<br>LA. DOC #309459 | CIVIL ACTION NO. 3:11-cv-1587 |
| VERSUS | SECTION P |
| | JUDGE ROBERT G. JAMES |
| THE LOUISIANA SUPREME COURT | MAGISTRATE JUDGE KAREN L. HAYES |

### JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, determining that the findings are correct under the applicable law, and noting the absence of objections to the Report and Recommendation in the record,

**IT IS ORDERED, ADJUDGED, AND DECREED** that the instant "Emergency Writ of Mandamus" be **DISMISSED WITH PREJUDICE**.

MONROE, LOUISIANA, this 29 day of November, 2011.

ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE